# NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

In Re: § 
§ **CASE NO.: 08-71562-CMS-13**
**LORRIE LEE** §
§
DEBTOR. § **CHAPTER 13**

## AFFIDAVIT OF DEBTOR

**STATE OF ALABAMA** §
**TUSCALOOSA COUNTY** § ss.

Before me, the undersigned authority in and for said County in said State, personally appeared LORRIE LEE, who is known to me, and who, being first duly sworn, deposes and says as follows:

1. My name is LORRIE LEE. I am the debtor in the above case. I have personal knowledge of the facts and information set out herein.

2. 11 U.S.C. Sec. 521(a)(1)(B)(iv) and Rule 1007(b) & (c) of the Federal Rules of Bankruptcy Procedure require that I furnish evidence of income from all sources within sixty days preceding the filing of this bankruptcy petition.

3. I have been unemployed since January of 2007 and do not receive payment advices.

4. Therefore, I do not have sufficient income records to furnish the Court pursuant to 11 U.S.C. Sec. 521(a)(1)(B)(iv) and Rule 1007(b) & (c) of the Federal Rules of Bankruptcy Procedure.

I make this affidavit on personal knowledge. Further, affiant saith not.

*[signature]*
Affiant (LORRIE LEE)

**SWORN AND SUBSCRIBED BEFORE ME** on this 20th day of July 2008 at Tuscaloosa, Alabama, witness my hand and official seal of office.

*[signature]* Christie A. Maddox
Notary Public, State At Large

My Commission Expires: 11/03/09